# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| LEWIS K. WASHINGTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | NO. 5:17-cv-00215-MTT-CHW |
| | : | |
| Lieutenant MILLER; *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER OF DISMISSAL

Plaintiff Lewis K. Washington, a prisoner at the Johnson State Prison in Wrightsville, Georgia, filed a 42 U.S.C. § 1983 civil rights complaint. Compl., ECF No. 1. Plaintiff also sought leave to proceed without prepayment of the filing fee. Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2. Thereafter, on June 8, 2017, the Clerk's office forwarded Plaintiff a Notice of Deficiency informing him that he must submit a certified copy of his inmate trust account statement. The Notice informed Plaintiff that failure to comply could result in the dismissal of his Complaint.

Plaintiff failed to comply with the Notice of Deficiency, and thus, on August 31, 2017, Plaintiff was ordered to show cause why his Complaint should not be dismissed for failure to file a certified copy of his inmate trust account statement, as directed by the Notice of Deficiency. Order to Show Cause, ECF No. 5. Plaintiff was given fourteen days to respond to the Order to Show Cause and was again warned that his failure to comply would result in the dismissal of this action. *Id.* To date, Plaintiff has failed to either file his certified inmate trust account statement or respond to the Order to Show

Cause.

Thus, because Plaintiff has failed to respond to the Court's order or otherwise prosecute his case, it is hereby **ORDERED** that Plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 2nd day of October, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT